UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOVAN CAMPBELL, *on behalf of herself and all others similarly situated*,

                                Plaintiff,

                 -v-

TOPDOG CANINE REHABILITATION AND FITNESS, LLC,

                                Defendant.
------------------------------------------------------------------------X

23 Civ. 2998 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       Under the Case Management Plan entered by the Court on October 6, 2023, a joint status letter was due on March 25, 2024. Dkt. 23 ¶ 18. No such status letter has been filed. The parties shall file the required status letter by April 19, 2024.

       SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                         United States District Judge